IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY P. DATTO, Ph.D. | : | CIVIL ACTION |
| v. | : | |
| BRIAN HARRISON, et al. | : | NO. 09-2064 |

_____

| | | |
|---|---|---|
| JEFFREY P. DATTO, Ph.D. | : | CIVIL ACTION |
| v. | : | |
| THOMAS JEFFERSON UNIVERSITY, et al. | : | NO. 09-2549 |

## ORDER

AND NOW this 28th day of September, 2009, upon consideration of the plaintiff's Motion for Reconsideration (Docket No. 11 in Case No. 09-2064, referred to as "Datto III" and Docket No. 15 in Case No. 09-2549, referred to as "Datto I"), IT IS HEREBY ORDERED, for the reasons set forth in a Memorandum of today's date, that the Motion is DENIED.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.