IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY P. DATTO, Ph.D. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BRIAN HARRISON, et al. | : | NO. 09-2064 |

| | | |
|---|---|---|
| JEFFREY P. DATTO, Ph.D. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THOMAS JEFFERSON | : | |
| UNIVERSITY, et al. | : | NO. 09-2549 |

FILED

NOV 22 2011

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

ORDER

AND NOW, this 22nd day of November, 2011, upon consideration of: the plaintiff's motion to reopen the above-captioned cases dated November 30, 2010 (Docket No.71)[1]; the plaintiff's letter of April 29, 2011 (Docket No. 83); the plaintiff's Reply in Support of Plaintiff's Motion to Vacate Dismissal Order (Docket No. 86); the plaintiff's letters of September 13, 2011, September 29, 2011, and October 10, 2011; the defendant's Response to Motion of Jeffrey Datto to "Reopen" the Cases (Docket No. 63); the defendant's Memorandum in Response to Letter Submission of Plaintiff in Further Support of Plaintiff's Motion to Set Aside Settlement and Reopen Lawsuit (Docket No. 81); the defendant's letter of September 29, 2011; and following

---

[1] In this Order, docket numbers referenced are to the case captioned 09-2549.

an evidentiary hearing held on September 9, 2011 (Tr. at Docket No. 92), IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the motion is DENIED.

    These cases shall remain closed.

                              BY THE COURT:

                              _____
                              MARY A. McLAUGHLIN, J.